IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**T.H. McELVAIN OIL & GAS LLLP,**

 **Plaintiff,**

**v.**                 **No. 1:23-cv-00974-DLM-LF**

**SIMCOE, LLC,**

 **Defendant.**

### PLAINTIFF'S RESPONSE TO COURT ORDER OF NOVEMBER 7, 2023

  Pursuant to the Court's Order of November 7, 2023, Plaintiff T.H. McElvain Oil & Gas LLLP provides this disclosure statement to identify the citizenship of all persons who were partners of plaintiff McElvain at the time the action was commenced in state court and at the time of removal. This statement includes the citizenship of McElvain's limited partners who are LLCs. All persons relevant to the jurisdictional analysis are citizens of either Colorado or New Mexico.

  **Plaintiff T.H. McElvain Oil & Gas LLLP** is a limited liability limited partnership. Its partners are five Colorado limited liability companies, a New Mexico corporation, and two trusts. The domicile of those partners, both as of the time the complaint was filed in state court (September 3) and as of the time of removal (November 3) is as follows:

  **McElvain Energy, Inc**., general partner, is a New Mexico corporation with its principal place of business in Lakewood, Colorado.

  **Guy W. McElvain Family LLC**, limited partner, is a Colorado limited liability company. The Members and their domicile are four traditional trusts: Guy W. McElvain 2005 Irrevocable Trust, Catherine M. Harvey Trustee, New Mexico domicile; Sharon L.

McElvain 2005 Irrevocable Trust, Amy M. Wilson Trustee, Colorado domicile; Chenoa R. McElvain 1995 Irrevocable Trust, Catherine M. Harvey Trustee, New Mexico domicile; Clayton R. McElvain 1995 Irrevocable Trust, Catherine M. Harvey Trustee, New Mexico domicile.

**CMH Investments LLC**, limited partner, is a Colorado limited liability company. The members and their domicile are Catherine M. Harvey, New Mexico domicile; Catherine M. Harvey 2006 Irrevocable Life Insurance Trust, Guy W. McElvain Trustee, New Mexico domicile; Catherine M. Harvey 2005 Irrevocable Trust, Guy W. McElvain Trustee, New Mexico domicile; Catherine M. Harvey 1997 Family Trust, Guy W. McElvain Trustee, New Mexico domicile; Catherine B. Harvey, New Mexico domicile; Frederick H. Harvey, New Mexico domicile; Laura Noel Harvey, New Mexico domicile; Catherine Kalina Harvey-Sauter Irrevocable Trust, Guy W. McElvain Trustee, New Mexico domicile; Holden E. Harvey-Romero 2008 Irrevocable Trust, Guy W. McElvain Trustee, New Mexico domicile; Simone Harvey-Romero 2011 Irrevocable Trust, Guy W. McElvain Trustee, New Mexico domicile.  Each of the trusts is a traditional trust.

**CBH, LLC,** limited partner, is a Colorado limited liability company.  The members and their domicile are Catherine B. Harvey, New Mexico domicile; Catherine B. Harvey 2014 Irrevocable Trust, a traditional trust, Guy W. McElvain Trustee, New Mexico domicile.

**FHH, LLC**, limited partner, is a Colorado limited liability company.  The members and their domicile are Frederick H. Harvey, New Mexico domicile; Frederick H. Harvey 2010 Irrevocable Trust, traditional trust, Guy W. McElvain Trustee, New Mexico domicile;

Frederick H. Harvey 2014 Irrevocable Trust, traditional trust, Guy W. McElvain Trustee, New Mexico domicile.

**LNH, LLC**, limited partner, is a Colorado limited liability company. The members and their domicile are Laura Noel Harvey, New Mexico domicile; Laura Noel Harvey 2014 Irrevocable Trust, traditional trust, Guy W. McElvain Trustee, New Mexico domicile.

**TH McElvain Jr. 1997 Family Trust**, limited partner, is a traditional trust. The trustee is Catherine M. Harvey, New Mexico domicile.

**Catherine M. Harvey 1997 Family Trust**, limited partner, is a traditional trust. The trustee is Guy W. McElvain, New Mexico domicile.

Respectfully Submitted,

GALLEGOS LAW FIRM, P.C.
By: /s/ J.E. Gallegos

J.E. GALLEGOS
MICHAEL J. CONDON
460 St. Michael's Drive, Bldg. 300
Santa Fe, NM 87505
505-983-6686
jeg@gallegoslawfirm.net
mjc@gallegoslawfirm.net

Charles Peifer
Matthew Beck
Peifer, Hanson, Mullins & Baker
P.O. Box 25245
Albuquerque, NM 87125
505-247-4800
cpeifer@peiferlaw.com
mbeck@peiferlaw.com

## CERTIFICATE OF SERVICE

      I certify that on November 27, 2023, I filed the foregoing through the CM/ECF system and served the following counsel by email:

HOLLAND & HART LLP  
Robert J. Sutphin  
Olga M. Serafimova  
110 N. Guadalupe Street, Suite 1  
Santa Fe, NM 87501  
Tel: (505) 988-4421  
Fax: (505) 983-6043  
rsutphin@hollandhart.com  
omserafimova@hollandhart.com  

Thomas P. Dugan  
Dugan & Associates, P.C.  
858 Main Avenue, Suite 205  
Durango, CO 87301  
Tel: (970) 259-1770  
tpdugan@dugan-law.com  

*Attorneys for Defendant Simcoe LLC*

                                                /s/ J.E. Gallegos_____  
                                                J.E. Gallegos